Arthur Laurey
Plaintiff

-vs-

Chemung county sheriff office
Defendant

I Arthur Laurey am requesting Marshal Service,

Arthur Laurey  08/12/08

*[FILED stamp: UNITED STATES DISTRICT COURT, AUG 20 2008, RODNEY C. E..., WESTERN DIS...]*