UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------

ARTHUR LAUREY,

                  Plaintiff,

  -against-                          6:08-cv-06374-DGL-MWP

CHEMUNG COUNTY; CHEMUNG COUNTY        **NOTICE OF MOTION**
SHERIFF'S OFFICE; and
SHERIFF CHRISTOPHER MOSS;
SERGEANT DAN HOWE; and CAPTAIN WILSON;
in their individual and official
capacities

                  Defendants.

----------------------------------------

**PLEASE TAKE NOTICE** upon Plaintiff's Memorandum of Law in Support of his Motion for Leave to File an Amended Complaint, and attached "Exhibit 1" which is a proposed First Amended Complaint for filing with this Court, Plaintiff moves, pursuant to Fed. R. Civ. P. 15(a), for an order granting Plaintiff permission to file Plaintiff's First Amended Complaint, as well as such other and further relief as this Court deems just and proper.

Pursuant to Local Rule 7.1(c) of the Western District of New York, Plaintiff intends to file and serve reply papers and therefore, Defendants are required to file and serve opposing papers at least eight (8) business days prior to the return date.

Dated:    July 30, 2009

        COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

By: _____
     Marc W. Garbar
Attorneys for Plaintiff
Park 80 Plaza West One
Saddle Brook, New Jersey  07633
(201) 845-9600